No. 26, Misc. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin,* Assistant *Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 29, Misc. GREEN *v.* NASH, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se.* *John M. Dalton,* Attorney General of Missouri, and *Calvin K. Hamilton,* Assistant Attorney General, for respondent.

No. 31, Misc. MARINACCIO *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 37, Misc. UNITED STATES EX REL. FREY *v.* MARTIN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 38, Misc. UNITED STATES EX REL. FERRARO *v.* RICHMOND, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 40, Misc. PHILLIPS *v.* ELLIS, GENERAL MANAGER, TEXAS DEPARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 41, Misc. GEISE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Edgar Paul Boyko* for petitioner. *Solicitor General Rankin,* Assistant *Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 43, Misc. WATKINS *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.